UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CEDRIC BISHOP, on behalf of himself and all other persons similarly situated,

                Plaintiff,

v.

INDEED LABORATORIES USA INC.,

                Defendant.

25-CV-3350 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

      Plaintiff commenced this action on April 22, 2025. On April 24, 2025, this Court ordered the parties to file a joint letter within forty-five (45) days of service of the summons and complaint. To date, no such letter has been filed and Defendant has not appeared.

      On July 21, 2025, Plaintiff filed an Affidavit of Service stating that it had served "Corporation Service Company" with the summons and complaint by leaving them "in the basket." Dkt. No. 5. Neither the Affidavit nor the complaint explains what "Corporation Service Company" is or how it relates, if it all, to Defendant Indeed Laboratories USA Inc. No later than August 27, 2025, Plaintiff shall file a letter explaining its view as to whether and why service on Defendant was properly effectuated.

SO ORDERED.

Dated:    August 20, 2025
            New York, New York

                                            Ronnie Abrams
                                            United States District Judge